## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| **ABG-SHAQ, LLC,**<br><br>    *Plaintiff,*<br><br>v.<br><br>**AAKSFVED,** *et al.,*<br><br>    *Defendants.* | Case No. 1:25-cv-1481-TCB |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Plaintiff ABG-Shaq, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Abstract Art Printz;

2. Ayazhan Khamitova;

3. CNBA;

4. Game Ready;

5. Hall of Fame Signature Collection;

6. Joycard;

7. The Night's Watch LLC;

8. topstox-official; and

9.  youstar7788.

Dated: April 21, 2025.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

**Attorneys for Plaintiff**